IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| M.G. WALDBAUM COMPANY, | |
| Plaintiff, | **4:25CV3041** |
| vs. | |
| WAYNE COUNTY EGG, LLC, | **FINAL PROGRESSION ORDER (AMENDED)** |
| Defendant. | |

IT IS ORDERED that the unopposed motion to amend, Filing No. 72, is granted. The final progression order, Filing No. 52, is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for September 22, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **October 20, 2026** at **11:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is completed. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by July 20, 2026.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)   The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

Expert Disclosures:           July 27, 2026.

Rebuttal:                     September 8, 2026.

4)   The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is October 19, 2026.

5)   The deadline for filing motions to dismiss and motions for summary judgment is November 20, 2026.

6)   The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 11, 2026.

7)   Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8)   All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.


Dated this 15th day of June, 2026.


BY THE COURT:


*s/ Jacqueline M. DeLuca*

United States Magistrate Judge